FILED ___ ENTERED
LODGED ___ RECEIVED

JUN 25 2010

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE
                                        DEPUTY
BY

09-CV-01376-ORD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JULIE MOUNT,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE, Commissioner of the Social Security Administration,<br><br>Defendant. | Case C09-1376-JLR<br><br>ORDER DISMISSING CASE |

The Court, after careful consideration of the Plaintiff's complaint, the parties' briefs, all papers and exhibits filed in support and opposition thereto, the Report and Recommendation of the Honorable James P. Donohue, *the Objections to the Report + Recommendation (Dkt 22)* and the balance of the record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation.

(2) The final decision of the Commissioner is AFFIRMED and this case is dismissed with prejudice.

///

///

///

ORDER DISMISSING CASE
PAGE - 1

1  (3)  The Clerk of the Court is directed to send copies of this Order to the parties and
2  to Judge Donohue.
3  DATED this 25th day of June, 2010.

*[signature]*

JAMES L. ROBART
United States District Judge

ORDER DISMISSING CASE
PAGE - 2